















```
CAG    8/28/01    13:50
3:00-CR-03499    USA V. CURTIS
*70*
*CRJGMCOMI.*
```

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

01 AUG 28 AM 8:18

| UNITED STATES OF AMERICA | JUDGMENT INCLUDING SENTENCE |
| VS | UNDER THE SENTENCING REFORM ACT |
| MICHAEL BRIAN DASILVA (2) | CRIMINAL CASE NUMBER 00CR3499-JCC |

_____ DEPUTY

FRANK MURPHY
Defendant's Attorney

THE DEFENDANT

_X_ Plead guilty to count(s) 1 OF THE INDICTMENT
___ was found guilty on count(s) _____ after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Count(s) |
|---|---|---|
| 18 USC 241 | CONSPIRACY TO VIOLATE CIVIL RIGHTS | 1 |

The defendant is sentenced as provided in pages 2 through _5_ of this Judgment. The sentence is imposed pursuant to the Sentence Reform Act of 1984.
    The defendant has been found not guilty on count(s) _____ and is discharged as to such count(s).
    _THE REMAINING COUNTS_ (is)(are) dismissed on the motion of the United States.
    Pursuant to 18 USC 3013 an assessment is hereby levied in the amount of $_100.00_
    _x_ Fine ordered waived.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

August 24, 2001
DATE OF IMPOSITION OF SENTENCE

for JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE
ENTERED ON 8-28-01

70

00CR3499

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of  TWENTY-ONE (21) MONTHS       .

\_\_   The Court makes the following recommendations to the Bureau of Prisons:

\_\_   The defendant is remanded to the custody of the United States Marshal.
\_\_   The defendant shall surrender to the United States Marshal for this
       district at           a.m./p.m. on _____
       \_\_  as notified by the Marshal.


\_\_   The defendant shall surrender for service of sentence at the institution
       designated by the Bureau of Prisons
       \_\_  on or before
       \_\_  as notified by the United States Marshal.
       \_\_  as notified by the Probation Office.


## RETURN

I have executed this Judgment as follows:

_____
_____
_____

      Defendant delivered on _____ to_____
_____,with a certified copy of this judgment.

                                    UNITED STATES MARSHAL

                              BY_____
                                         DEPUTY MARSHAL

00CR3499

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of THREE (3) YEARS.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

> The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

> ___ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable.)

X   The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

> If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

The defendant shall comply with the standard conditions that have adopted by this court (set forth below). The defendant shall comply with the additional conditions on the attached page (if indicated below).

### STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distribute or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

## SPECIAL CONDITIONS OF SUPERVISION

_X_ Not possess firearms, explosive devices, or other dangerous weapons.

_X_ Complete 100 hours of community service in a program approved by the probation officer within first 24 months of supervision.

_X_ Submit to a search of person, property, residence, abode or vehicle at a reasonable time and in a reasonable manner by the Probation Officer.

_X_ Participate in a program of drug or alcohol abuse treatment, including urinalysis testing and counseling, as directed by the Probation Officer.

_X_ Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

_X_ Not enter the Republic of Mexico.

_X_ Not espouse racist, separatist, or anti-government views, beliefs, or ideology, on the Internet, telephone, newletters, fliers, or any other forms of communication, written, oral or otherwise.

_X_ Shall not condone, support or encourage the racist or separatist activities or ideology of others.

_X_ Carry a California driver's license or approved identification card with an imprinted photograph and present it to any law enforcement officer or officer of the court at any time requested.

_X_ Do not display, wear, use, or possess any paraphernalia espousing racism or intolerance.

_X_ Participate in a program of mental health treatment as directed by the probation officer, take all medications as prescribed by a psychiatrist/physician, and not discontinue any medication without permission. The Court authorizes the release of the presentence report and available psychological evaluations to the mental health provider, as approved by the probation officer.

_X_ Not communicate or have any direct or indirect contact with the victims, or prosecution team and their families or staff, or encourage others to do so.

_X_ Not stalk the victims or prosecution team and their families or staff, or encourage others to do so.

_X_ Not comment about the victims, the prosecution team and their families or staff, in written or oral communications of any kind.

_X_ Not communicate, verbal or writing, any veiled or direct threats, or make predictions of future harm to anyone, including the victims, the prosecution team and their families and staff.

_X_ Not initiate, establish, maintain contact or associate with any individual determined by the probation officer to be an active member of, or follower of, any informal or organized white supremacist movement, organization, club or group.

_X_ Resolve all outstanding warrants within 60 days.

//

//

//

## RESTITUTION

_X_ The defendant shall pay restitution in the amount of $ THREE HUNDRED DOLLARS ($300.00) - PAYABLE FORTHWITH THROUGH THE CLERK, U.S. DISTRICT COURT TO THE FOLLOWING VICTIM: TIFERETH ISRAEL SYNAGOGUE, C/O RABBI LEONARD ROSENTHAL, 6660 COWLES MOUNTAIN BOULEVARD, SAN DIEGO, CA 92119-1899, AS DIRECTED BY THE PROBATION OFFICE.

//

//

//

00CR3499