USDC SCAN INDEX SHEET

















CAD 7/2/04 15:09

3:00-CR-03499 USA V. CURTIS

*77*

*CRMO.*



**Minutes of the United States District Court**
**Southern District of California**
Friday July 2, 2004

2000CR03499-H

**For the Honorable: Jan M. Adler Magistrate Judge**

**Deputy Clerk: Roi-Ann Bressi**

**On Calendar:**

**2000CR03499-H**

USA vs.

(2)**MICHAEL BRIAN DASILVA (F)**

Lang Booking #

**(2) Frank M. Murphy, III CJA**
858 268-9909
**U S Attorney CR**
619 557-5610

**JUDGMENT DEBTOR EXAM (2)**

**Minutes:**

**PURSUANT TO THE REQUEST BY THE U.S. ATTORNEY'S OFFICE, THE JUDGMENT DEBTOR EXAM SET FOR 8/18/04 AT 10:00 A.M. IS OFF CALENDAR.**

77 CD

# Memorandum



| Subject | Date |
|---|---|
| United States v. MICHAEL BRIAN DA SILVA<br>Court No. 00CR3499<br>JDE Scheduled for 08/18/2004 | June 28, 2004 |

| To | From |
|---|---|
| Roi-Ann Bressler<br>Court Clerk to the<br>Honorable JAN ADLER | Laura Potts<br>FLU/USAO<br>x6181 |

1. Request the above-referenced judgment debtor examination be taken off-calendar; warrant issued 06/2004 for arrest.

2. Thank you.